Company. No opinion. Judgment and order affirmed, with costs.

In re HALSEY. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the application of Hamilton R. Halsey for payment of award made in proceedings for acquiring title to premises on Main street, etc., Elmhurst, Queens borough, for a school site. No opinion. Order of reference to Daniel D. Whitney, Jr., Esq. Settle order before the Presiding Justice on notice to all parties appearing on the hearing of the motion.

In re HARING. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) In the matter of the petition of Ella F. Haring for the appointment of commissioners to assess the damage to her property, etc.

PER CURIAM. Judgment appointing commissioners affirmed, and final order confirming commissioners' report modified, by striking out the provision as to costs, in accordance with the decision of this court in the Matter of Haring, (December 30th, 1910) 126 N. Y. Supp. 1131, and without prejudice to such application as is therein suggested, and, as thus modified, the final order is affirmed, without costs.

HARRIS v. AMOUROUX. (Supreme Court, Appellate Term, February, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by I. Henry Harris against George L. Amouroux. From a judgment dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered. Arthur Gutman, for appellant. Brody & Brinkman, for respondent.

SEABURY, J. The plaintiff sues to recover for legal services which he claims he rendered on behalf of the defendant. The services were performed in several actions which were pending in different courts. In the action of Reisner v. Calhoun, which was pending in the Supreme Court, the Special Term of the Supreme Court directed the plaintiff to turn over all papers in that action to another attorney, who by that order was substituted in the place of the plaintiff. That order also fixed the compensation to be paid the plaintiff for his services in that action. Upon the trial of the present action the court seems to have regarded that order as precluding the plaintiff from recovering for other services rendered in other actions. We do not think that the court below was warranted in placing this construction upon the order of substitution in the action of Reisner v. Calhoun. That order settled the compensation which the plaintiff was entitled to recover in that action, but it left open for future determination the plaintiff's right to recover compensation for services performed in other actions. It follows that the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event. The judgment is reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.

HARRIS, Appellant, v. STRAUS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Moses H. Harris against Isidor Straus and others. A. R. Lesinsky, for appellant. E. E. Wise, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARTSELL, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Mary Hartsell against the New York Evening Journal Publishing Company. M. De Witt, for appellant. H. C. Burnstine, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements. Order filed.

HARTSELL, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Mary Hartsell against the Star Company. C. J. Shearn, for appellant. H. C. Burnstine, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements. Order filed.

HATHAWAY, Respondent, v. GRAHAM, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Edmund W. Hathaway against James P. Graham and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 127 N. Y. Supp. 1124.

HAWES v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Alfred Hawes against the Board of Education. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1124.

HEALY, Respondent, v. J. H. DAVIS BLDG. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Mary J. Healy against J. H. Davis Building Company. J. A. Seidman, for appellant. W. H. Corbitt, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HEBBARD, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Frank W. Hebbard against the New York & Queens County Railway Company. No opinion. Order of the County Court of Queens county affirmed, with $10 costs and disbursements.

HEIFERMAN, Appellant, v. SCHOLDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Frank Heiferman against Max Scholder and another. No opinion. Judgment of the Municipal Court affirmed, with costs, on the